IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO & COMPANY, and
WELLS FARGO BANK, N.A. (MN),

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit on or before **April 17, 2009**, a revised scheduling order modified as discussed this morning.

IT IS FURTHER ORDERED that a settlement conference will be held on **July 30, 2009, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **July 23, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar

amount the client will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED that a final pretrial conference will be held in this case on **May 11, 2010, at 8:30 a.m.**  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **May 4, 2010**.

Dated April 9, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge