IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order to Extend Deadline for Expert and Rebuttal Expert Reports by the defendant Wells Fargo Bank, N. A.** [docket no. 51, filed 7/20/09] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The parties shall designate all experts on or before October 30, 2009. The parties shall designate all rebuttal experts on or before December 1, 2009.

DATED: July 21, 2009