IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   09-cv-00041-WDM-BNB | Date: July 28, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| COPIC INSURANCE COMPANY, | Lawrence Katz |
| Plaintiff(s), | |
| v. | |
| WELLS FARGO BANK, N.A., | Richard Hagstrom |
| | Tamara Hoffbuhr |
| | John Lutz |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:      8:32 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Unopposed motion to amend protective order filed 6/29/09 Doc. 47 is denied as stated on the record.**

Court in Recess      8:44 a.m.      Hearing concluded.   Total time in Court:    00:12

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.