IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

---

**ORDER**

---

This matter arises on the **Unopposed Motion to Amend Protective Order** [Doc. # 47, filed 6/29/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to incorporate Exhibit A as a part of the Stipulated Protective Order [Doc. # 45]; and

DENIED in all other respects.

Dated July 28, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge