IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   09-cv-00041-WDM -BNB | Date: November 9, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| COPIC INSURANCE COMPANY, | Jeffrey Chase |
| Plaintiff(s), | |
| v. | |
| WELLS FARGO BANK, N.A., | Tamara Hoffbuhr |
| | John Lutz |
| Defendant(s). | |

**COURTROOM MINUTES**

HEARING: MOTION

Court in Session:      3:33 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Plaintiff's motion to compel and request for forthwith hearing [Doc. 66; filed 11/4/09] is granted as stated on the record.  Robert Smith will appear for a deposition on December 15, 2009.**
**The case schedule is modified as follows:**
**Discovery cut-off: February 26, 2010**
**The parties shall designate all experts no later than January 19, 2010.**
**The parties shall designate all rebuttal experts no later than February 16, 2009.**

Court in Recess      3:43 p.m.      Hearing concluded.    Total time in Court:    00:10

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.