IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

**ORDER**
_____

This matter arises on the **Plaintiff's Motion to Compel and Request for Forthwith Hearing** [Doc. # 66, filed 11/4/2009] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion [Dox. # 66] is GRANTED to the following extent:

Robert Smith shall appear on **December 15, 2009**, for a deposition at such place and time as the parties may agree.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

    Discovery Cut-Off:                         February 26, 2010.

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 19, 2010; and

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 16, 2010.

Dated November 9, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge