IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order to Extend Deadline for Dispositive Motions Until After the Discovery Cut-off** [docket no. 75, filed January 11, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the dispositive motion deadline is extended to and including **April 2, 2010**.

DATED:  January 12, 2010