IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00041-WDM-BNB | Date: February 24, 2010 |
| Courtroom Deputy: Debra Brown | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| COPIC INSURANCE COMPANY, | Jeffrey A. Chase |
| | Nicholas Ghiselli |
| | Justin Weyerhaeuser |
| Plaintiff, | |
| v. | |
| WELLS FARGO BANK, N.A. | Richard Hagstrom |
| | Tamara Hoffbuhr |
| | John Lutz |
| Defendants. | |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: **10:32 a.m.**

Appearance of counsel.
Court's opening remarks.

Plaintiff's [78] MOTION to Compel at issue.

Argument by Counsel.

**ORDERED:** Plaintiff's [78] MOTION to Compel is **GRANTED in part and DENIED in part for the reasons stated on the record.**

Defendant's [82] MOTION to Compel Discovery responses re: Defendant's Interrogatories Nos. 1, 3, 6 and 19 Interrogatories Nos. 8, 15, 16 and 17 and Defendants' Interrogatories; Nos. 2, 5, 9, 11, 13 and 15 at issue.

**ORDERED:** With respect to Interrogatories Nos. 1, 3, 6 and 19 the Motion to Compel is **GRANTED in part and DENIED in part as stated on the record.**

09-cv-00041-WDM-BNB
February 24, 2010
Page 2

**ORDERED:**  With respect to Interrogatories Nos. 8, 15, 16, and 17 the Motion to Compel is **GRANTED in part and DENIED in part as stated on the record.**

**ORDERED:**  With respect to Interrogatories Nos. 2, 5, 9, 11, 13 and 15 the Motion to Compel is **DENIED as stated on the record.**

Court in Recess: 12:50 p.m.
Court in Session: 12:58 p.m.

**ORDERED:**  With respect to inadequate production of documents the Motion to Compel is **DENIED as stated on the record.**

Court in Recess: 1:07 p.m.
Hearing concluded.
Total time in Court: **02:27**

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.