IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

## ORDER

This matter arises on **Plaintiff's Motion for Leave to File a Reply In Support of Its Motion for a Protective Order** [Doc. # 151, filed 3/15/2010] (the "Motion"). The Motion seeks leave to file a reply "so as to better inform the Court of the appropriate issues and analysis." That is the purpose of the hearing on March 17, 2010, at 8:30 a.m.

IT IS ORDERED that the Motion is DENIED.

Dated March 15, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge