IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00041-WDM-BNB | Date: March 17, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| COPIC INSURANCE COMPANY, | Jeffrey Chase |
| | Joshua Franklin |
| | Nicholas Ghiselli |
| Plaintiff(s), | |
| v. | |
| WELLS FARGO BANK, N.A., | Tamara Hoffbuhr-Seelman |
| | John Lutz |
| | Richard Cashman |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:    8:35 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Plaintiff's Exhibits 1 and 2 offered and accepted.

**ORDERED:** **Plaintiff's motion for a protective order that, with limited exception, depositions of Morgan Stanley and Nuveen not be had [Doc. #[118]; filed 3/1/10] is TAKEN UNDER ADVISEMENT as stated on the record.**

Court in Recess    10:00 a.m.    Hearing concluded.  Total time in Court: 01:25

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.