IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

    Plaintiff,

v.

WELLS FARGO & COMPANY, and
WELLS FARGO BANK, N.A.,

    Defendants.

## ORDER ON MOTION TO FILE CONSOLIDATED RESPONSE

Miller, J.

    This case is before me on the Plaintiff's Motion for Leave to File Consolidated Response to Defendant's Summary Judgment Motions (Docket No. 165). Defendants have filed three separate motions for partial summary judgment (Docket Nos. 109, 124, 136), and accompanying memoranda, one of which violates my Pretrial and Trial Procedures regarding length of summary judgment motions. Plaintiff seeks leave to file a single response to the multiple motions. Such piecemeal motions practice is inefficient and duplicative; it appears that Defendants' motions involve similar statements of fact and theories of law. According to Plaintiff, the deadline for filing dispositive motions is April 2, 2010. I prefer to address a single consolidated dispositive motion from Defendants rather than multiple redundant filings.

    Accordingly, it is ordered:

    1.    Plaintiff's Motion for Leave to File Consolidated Response to Defendant's

Summary Judgment Motions (Docket No. 165) is granted.

2. Defendants' motions for partial summary judgment (Docket Nos. 109, 124, 136) and accompanying memoranda are stricken. Defendants shall file a single consolidated motion for summary judgment, not to exceed 30 pages, on or before the dispositive motions deadline.

3. Plaintiff may file a response to the consolidated motion, also not to exceed 30 pages, in accordance with the Rules of Federal Procedure and the Local Rules of Practice of this Court. Defendants may thereafter file a reply brief, not to exceed 15 pages, in accordance with the same rules.

DATED at Denver, Colorado, on March 18, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge