IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Second Motion to Amend Scheduling Order to Extend Deadline for Dispositive Motions** [docket no. 176, filed March 24, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the dispositive motion deadline is extended to and including June 4, 2010.

IT IS FURTHER ORDERED that the Pretrial Conference set for June 8, 2010, is **vacated and reset to September 16, 2010, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **September 9, 2010**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: March 25, 2010