IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Leave to File a Reply in Support of its Motion for a Protective Order regarding the Depositions of Neil Stone and Thomas Richards.** [docket no. 186, filed April 5, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff shall file a reply in support of its Motion for a Protective Order regarding the Depositions of Neil Stone and Thomas Richards, on or before **April 17, 2010**.

DATED:  April 6, 2010