IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Wells Fargo, N.A.'s Motion to File Corrected and Amended Response Memorandum** [docket no. 205, filed April 15, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The original response (docket no. 198) will remain sealed, but will not be used as the current response to Motion to Compel Deposition Testimony (docket no. 187).


DATED: April 21, 2010