IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE BOYD N. BOLAND

| Civil Action No. 09-cv-00041-WDM-BNB | Date: May 10, 2010 |
|---|---|
| Courtroom Deputy: Kathleen Finney | FTR BNB COURTROOM A-401 |

| COPIC INSURANCE COMPANY, | Lawrence G. Katz |
|---|---|
| | Nicholas Ghiselli |
| Plaintiff(s), | |
| v. | |
| WELLS FARGO BANK, N.A., | Tamara Hoffbuhr-Seelman |
| | John Lutz |
| | Richard Hagstrom (telephone) |
| Defendant(s). | |

## COURTROOM MINUTES

STATUS CONFERENCE

Court in Session: 10:33 a.m.

Court calls case.

Appearances of Counsel.

Court questions counsel concerning status of case.

Counsel advise Court.

**ORDERED:** **Plaintiff's Motion for Leave to Add a Prayer for Punitive Damages [Doc. No. 219, filed 4/27/2010] is DENIED without prejudice.**

Court in Recess: 10:39 a.m.     Hearing concluded.     Total time in court:00:06

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.