IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.
_____

## ORDER
_____

This matter arises on the **Plaintiff's Motion for Leave to Add a Prayer for Punitive Damages** [Doc. # 219, filed 4/27/2010] (the "Motion to Amend"). The Motion to Amend is accompanied by exhibits exceeding 800 pages. I find that the Motion to Amend is abusive in its excess.

IT IS ORDERED that the Motion to Amend [Doc. # 219] is DENIED without prejudice.

Dated May 10, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge