IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

## ORDER

This matter arises on the **Unopposed Motion to Extend Deadlines and Continue the June 9 Hearing** [Doc. # 235, filed 5/20/2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED as follows:

• The dispositive motion deadline is extended to and including **August 2, 2010**;

• Wells Fargo shall produce a Rule 30(b)(6) witness consistent with my Order [Doc. # 215] on or before **June 25, 2010**;

• Wells Fargo shall respond to Plaintiff's Revised Motion for Leave to Add a Prayer for Punitive Damages (the "Motion to Amend") on or before **June 25, 2010**; and

• The hearing on the Motion to Amend set for June 9, 2010, at 4:00 p.m., is VACATED and RESET to **June 30, 2010, at 11:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated May 26, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge