IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00041-WDM -BNB | Date: June 30, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| COPIC INSURANCE COMPANY, | Jeffrey Chase |
| | Joshua Franklin |
| | Lawrence Katz |
| Plaintiff(s), | |
| v. | |
| WELLS FARGO BANK, N.A., | Tamara Hoffbuhr-Seelman |
| | John Lutz |
| | Richard Hagstrom |
| | Lawrence Hoffman |
| Defendant(s). | |

# COURTROOM MINUTES

HEARING: MOTION

Court in Session:     11:07 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Plaintiff's Revised Motion for Leave to Add a Prayer for Punitive Damages with Revised Memorandum in Support of Its Motion and Exhibits 1-21[Doc. #232; filed 5/17/10] is taken under advisement.**

Court in Recess     12:06 p.m.     Hearing concluded.  Total time in Court: 00:59

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.