IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

    Plaintiff,

v.

WELLS FARGO & COMPANY AND
WELLS FARGO BANK, N.A.,

    Defendants.
_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion for partial summary judgment on breach of fiduciary duty claim and brief (ECF Nos. 285 & 287) are stricken for failure to comply with D.C.COLO.LCivR 56.1A.

Dated: August 12, 2010

                                    s/ Jane Trexler, Judicial Assistant