IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

---

# ORDER

---

This matter arises on **Wells Fargo Bank, N.A.'s Motion for Leave to Take Depositions of COPIC's Experts Laurence Freed and Mitchell Hoffman** [Doc. # 302, filed 8/20/2010] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel [Doc. # 302] is GRANTED IN PART to allow Wells Fargo to take the deposition of Laurence Freed, not to exceed seven hours in length and limited to matters relating to exemplary damages. The deposition shall be completed on or before **December 31, 2010**.

Dated September 16, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge