IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion to Modify the Amended Courtroom Minutes** [docket no. 336, filed September 22, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. Docket entry 338 now corresponds with my Order [docket no. 332] showing Laurence Freed's deposition relating to exemplary damages may be completed on or before December 31, 2010.

DATED: September 22, 2010