IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

    Plaintiff,

v.

WELLS FARGO & COMPANY AND
WELLS FARGO BANK, N.A.,

    Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    ECF No. 371 is mooted by ECF No. 372–both are denied as moot.

Dated:  March 25, 2011

                                          s/ Jane Trexler, Judicial Assistant