IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

     Plaintiff,

v.

WELLS FARGO & COMPANY AND
WELLS FARGO BANK, N.A.,

     Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     The stipulated motion for extension of time (ECF No. 374) is granted.  The motion to amend exhibit list (ECF No. 363) is granted.

Dated:  April 4, 2011

                                   s/ Jane Trexler, Judicial Assistant