IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

---

**ORDER ON MOTIONS REGARDING DEPOSITION DESIGNATIONS**

---

Miller, J.

    This case is before me on Plaintiff's Unopposed Motion for Leave to Withdraw Deposition Designations for Mr. Mirza and for Ms. Ahlstrand's May 20, 2009 Deposition (ECF No. 527) and Plaintiff's Unopposed Motion for Leave to Substitute Deposition/Trial Testimony Designations for Messrs. Campbell, Caswell, Hartman, Hogan, and Ms. Ahlstrand (ECF No. 526).  The proposed changes will simplify and clarify the proffered designated testimony.  Accordingly, the motions are granted.

    DATED at Denver, Colorado, on April 26, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL