IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   09-cv-00041-WDM-BNB

COPIC INSURANCE COMPANY,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

## ORDER ON MOTION FOR LEAVE TO FILE AMENDED MOTION

Miller, J.

This case is before me on Defendant's Motion for Leave to File an Amended Motion to Preclude COPIC Insurance Company from Introducing, Displaying or Referencing its Demonstrative Exhibits 1724 and 1725 (ECF No. 532).  The motion is granted and Defendant's Amended Motion, attached as Exhibit A (ECF No. 532-1), is accepted for filing.

DATED at Denver, Colorado, on April 29, 2011.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States Senior District Judge

PDF FINAL