IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Laura Galera          Date: April 28, 2011
Court Reporter:    Kara Spitler

**Civil Action No.  09-cv-00041-WDM-BNB**

Parties:                                Counsel:

COPIC Insurance Company,                Nick Ghiselli
                                        Larry Katz
                                        Joshua Franklin

     Plaintiff,

vs.

WELLS FARGO BANK, N.A.,                 Larry Hofmann
                                        Richard Hagstrom

     Defendant.

## COURTROOM MINUTES

Telephonic Status Conference

**3:05 p.m.    Court in session**.

Appearances of counsel. All parties appear by telephone.

Opening remarks by the court.

**It was ORDERED**:

     1.    Wells Fargo Bank, N.A.'s Motion in Limine to Preclude COPIC Insurance Company From Using All Exhibits Attributing Statements to, and Deposition Testimony of, Messrs, Stumpf and Kovacevich (Motion in Limine No. 1) [382] is GRANTED.

     2.    Wells Fargo Bank, N.A.'s Motion in Limine to Exclude Evidence and Testimony, and References Relating to the WCRA Lawsuit and Non-

      Parties to the Litigation (Motion in Limine No. 4) [387] is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART.

3. Wells Fargo Bank, N.A.'s Motion in Limine to Preclude COPIC From Introducing, Displaying or Referencing News Articles During the Trial (Motion in Limine No. 9) [390] is GRANTED WITHOUT PREJUDICE.

4. Plaintiff's Motion in Limine to Preclude Evidence Relating to Hypothetical Losses COPIC Might Have Suffered in a Different Securities Lending Program [402] is GRANTED.

5. Plaintiff's Motion in Limine to Preclude Evidence or Argument That Wells Fargo Did Not Owe Fiduciary Duty [409] is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART.

6. Plaintiff's Motion in Limine to Preclude All Evidence of Post-Breach Market Developments [410] is DENIED WITHOUT PREJUDICE.

7. Plaintiff's Motion in Limine to Preclude Evidence Regarding Other (Non-Wells Fargo) Securities Lending Programs [411] is DENIED WITHOUT PREJUDICE.

8. Plaintiff's Motion in Limine to Preclude All Evidence of Investments Outside of the Securities Lending Program [416] is DENIED WITHOUT PREJUDICE.

9. Wells Fargo Bank, N.A.'s Motion in Limine to Exclude Evidence, Testimony, and References Relating to the Wells Fargo Advantage Funds Money Market Funds (Motion in Limine No. 5) [418] is DENIED WITHOUT PREJUDICE.

10. Plaintiff's Motion in Limine to Preclude Evidence of Wells Fargo Participants in the Securities Lending Program [423] is DENIED WITHOUT PREJUDICE.

11. Motion in Limine to Exclude Improper Opinion Testimony of COPIC Insurance Company's Proffered Expert, Laurence Freed (#8) by Defendant Wells Fargo Bank, N.A. [432] is GRANTED TO THE EXTENT STATED ON THE RECORD.

12. Motion in Limine Regarding Public Safety of Arizona (#10) by Defendant Wells Fargo Bank, N.A. [437] is DENIED WITHOUT PREJUDICE.

13. Parties are to provide a memorandum as to what the measurement of damages should be if the plaintiff is successful in its liability claim by **May**

     **2, 2011 at 9:00 a.m.**

  14. Motions hearing set **May 2, 2011 at 3:00 p.m.**

**3:22 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time: :17 minutes